# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1204
LT Case No. 2023-MM-001479-A

_____

HELENA RENA BILLINGSLY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Sumter County.
Paul L. Militello, Judge.

Matthew J. Metz, Public Defender, and Evan Altes, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Zachery L.
Wiseman, Assistant Attorney General, Daytona Beach, for
Appellee.

August 14, 2026

PER CURIAM.

Appellant's probation was revoked based upon her admitting
to several charged violations. The trial court accepted her
admission, revoked her probation, imposed a legal sentence, and
ordered her to pay certain outstanding fines and court costs. There

was no error in any aspect of that; therefore, we affirm. [1] However, the written order revoking probation failed to identify the conditions of probation that she admitted to violating and failed to identify the conditions of probation that Appellant was found to have violated. Accordingly, we remand to the lower tribunal for entry of an amended written order of revocation which sets forth the conditions of probation that Appellant violated. *See Hurta v. State*, 403 So. 3d 1092 (Fla. 5th DCA 2025) (citing *Bride v. State*, 391 So. 3d 515 (Fla. 5th DCA 2024)).

AFFIRMED; REMANDED.

MAKAR, EDWARDS, and HARRIS, JJ., concur.

———————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————

———————————

[1] This is an *Anders* appeal. *See Anders v. California*, 386 U.S. 738 (1967). Our review is in accordance with *State v. Causey*, 503 So. 2d 321 (Fla. 1987).